**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Placido Alavez Nicolas,<br>Petitioner<br>-vs-<br>Eric Rokosky, et al.,<br>Respondents. | CV-26-7791-PHX-JFM<br><br>**ORDER** |

Under consideration is Petitioner's Petition for Writ of Habeas Corpus filed October 23, 2026 (Doc. 1).

**<u>Background</u>** – Petitioner is a native and citizen of Mexico who entered the United States without inspection in April of 2004. In August 2014, Petitioner was detained, placed in removal proceedings, and release on bond. Petitioner continued to appear at immigration proceedings. In May, 2016 Petition file an application for cancellation of removal and Petitioner's removal proceedings were administratively closed. In the interim, Petitioner has fathered a U.S. citizen child. On October 12, 2026, Petitioner was redetained with no pre-deprivation notice or hearing.

**<u>Briefs</u>** – Petitioner's Petition argues: (1) his due process rights were violated by his re-detention without a pre-deprivation hearing; (2) his due process rights are violated by his continued detention because there has been no provision of an individualized custody determination by a neutral adjudicator; and (3) his detention without a custody determination is a violation of 8 U.S.C. § 1226. Petitioner seeks, *inter alia*, release subject to conditions of supervision.

Respondents filed their Answer (Doc. 7) on October 29, 2026, asserting no opposition to "the habeas petition or Petitioner's request for release from custody."

Although briefing on the Petition is not complete, the Court finds further briefing

unnecessary to a fair adjudication of the motion.

The Court accepts Respondents' Answer as a concession to the requested relief of release. The Court concludes such release obviates the declaratory relief requested by Petitioner. Petitioner also seeks attorneys fees under the Equal Justice Act, 28 U.S.C. § 2412. Such applications are inappropriate until after judgment has become final by conclusion of appeal or expiration of the time therefor. *Hoa Hong Van v. Barnhart*, 483 F.3d 600, 604 (9th Cir. 2007).

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as described herein.

(B) Respondents must **IMMEDIATELY RELEASE** Petitioner, subject to the ordinary conditions of supervision imposed on aliens released on their own recognizance.

(C) Respondents must file a **NOTICE OF COMPLIANCE** within **three days** of releasing Petitioner, including the particulars of the release (time, conditions, etc.).

(D) Any pending motions are **DENIED** as moot.

(E) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **CLOSE** this case.

Dated: October 30, 2026

26-7791-001o Order 26 10 30 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge